IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 00-cv-00405-RPM

EDWARD P. MATTAR, III,

    Plaintiff,

v.

CENTURY FINANCIAL GROUP, INC.,
DOUGLAS R. BAETZ and
GLENN M. GALLANT,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    This civil action has been stayed because of other ligitation, both civil and criminal. In the criminal case, *U.S.A. v. Mattar*, *et al.,* Criminal Action 03-cr-00232-RPM, Edward P. Mattar committed suicide on the day he was to be sentenced, November 2, 2007. There has been no attempt to seek substitution of the plaintiff in this case and the merits of the case have been shown to be subject to dismissal because of the evidence presented in the criminal proceedings and the imprisonment of defendants Douglas R. Baetz and Glenn M. Gallant. It is now

    ORDERED that this civil action is dismissed.

    DATED: September 27th, 2010

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judg